**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Runner's Circle, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  A Runner's Circle** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-1720240** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **3216 Los Feliz Blvd.** <br> **Los Angeles, CA 90039** <br> Number, Street, City, State & ZIP Code <br><br> **Los Angeles** <br> County | **Mailing address, if different from principal place of business** <br><br> **PO Box 36754** <br> **Los Angeles, CA 90036** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.arunnerscircle.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Runner's Circle, Inc.**                                        Case number (*if known*) _____
　　　　Name

---

**7.** **Describe debtor's business**　　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

---

| Debtor | Runner's Circle, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____  When _____  Case number, if known _____

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Runner's Circle, Inc.**
Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Runner's Circle, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03  14  2023
          MM / DD / YYYY

X _____          Jose H. Matias Jr.
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

X _____          Date  3/14/2023
Signature of attorney for debtor                MM / DD / YYYY

**David H Chung**
Printed name

**MacLean Chung Law Firm**
Firm name

**800 S. Victory Blvd.**
**Suite 101**
**Burbank, CA 91502**
Number, Street, City, State & ZIP Code

Contact phone   **818-305-6200**      Email address   **david@macleanchung.com**

**246699 CA**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Runner's Circle, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **3 · 14 · 2023**        _____
                                        Signature of individual signing on behalf of debtor

                                        **Jose H. Matias Jr.**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Burbank**_____ , California.

Date:  _____3 . 14 . 2023_____

_____
Jose H. Matias Jr.
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                     *Page 1*                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name  **Runner's Circle, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $      **5,305.01**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $      **5,305.01**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $      **251,092.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$      **508,045.00**

4.  Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b      $      **759,137.00**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Runner's Circle, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | Current value |
|---|---|---|---|---|
| 3.1. | **Los Angeles Federal Credit Union** | **Business Savings** | **3604** | $5.00 |
| 3.2. | **Los Angeles Federal Credit Union** | **Business Checking** | **3604** | $0.00 |
| 3.3. | **Wells Fargo** | **Business Savings** | **2452** | $0.01 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$5.01

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Debtor    **Runner's Circle, Inc.**                                    Case number *(If known)* _____
           Name

| | | |
|---|---|---|
| 7.1. | **Security Deposit Held By Landlord's Ben Patao, Brian Patao, Angie Ferolino** | $2,300.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                    $2,300.00

      Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** **Inventory - Shoes (30 Pairs), Apparel (A Runner's Circle Apparel)** | | $0.00 | Liquidation | $1,500.00 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                    $1,500.00

       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **Runner's Circle, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** **Various Fixtures, Tables, Glass Displays** | **$0.00** | **Liquidation** | **$1,500.00** |

| | | |
|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$1,500.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Debtor    **Runner's Circle, Inc.**                                    Case number *(If known)* _____
                Name

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Runner's Circle, Inc.**                                              Case number *(If known)* _____
_____ Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,300.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,305.01 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,305.01 |

**Fill in this information to identify the case:**

Debtor name      **Runner's Circle, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Runner's Circle, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**CA Department of Tax & Fee Admin**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250,852.00** | **$250,852.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **8499**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Los Angeles County Treasurer**<br>**PO Box 512399**<br>**Los Angeles, CA 90051-0399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $240.00 | $240.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **3757**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Runner's Circle, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $352.00 |
|---|---|---|
| **923 by Design**<br>**510 Oxford State Rd.**<br>**Suite B**<br>**Middletown, OH 45044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Unsecured** | |
| Last 4 digits of account number  **A Runners Circle** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $641.00 |
|---|---|---|
| **Active Life Solutions**<br>**23 Strickler Ave.**<br>**Waynesboro, PA 17268** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Unsecured** | |
| Last 4 digits of account number  **A Runners Circle** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $322.00 |
|---|---|---|
| **ADT System**<br>**PO Box 371878**<br>**Pittsburgh, PA 15250-7878** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Unsecured** | |
| Last 4 digits of account number  **6250** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,584.00 |
|---|---|---|
| **Aetrex**<br>**PO Box 51008**<br>**Newark, NJ 07101-5108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Unsecured** | |
| Last 4 digits of account number  **2501** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,166.00 |
|---|---|---|
| **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096-8000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Unsecured** | |
| Last 4 digits of account number  **3007** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,011.00 |
|---|---|---|
| **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096-8000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Unsecured** | |
| Last 4 digits of account number  **1002** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $609.00 |
|---|---|---|
| **Amphipod, Inc.**<br>**1434 Elliott Ave. W.**<br>**Seattle, WA 98119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Unsecured** | |
| Last 4 digits of account number  **0191** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Runner's Circle, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,025.00** |
|---|---|---|---|

**APP Funding LLC**
**85 Broad St.**
**17th Floor**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unsecured**

Last 4 digits of account number  **A Runners Circle**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,040.00** |
|---|---|---|---|

**APP Funding LLC**
**85 Broad St.**
**17th Floor**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unsecured**

Last 4 digits of account number  **A Runners Circle**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,880.00** |
|---|---|---|---|

**ASICS America Corporation**
**PO Box 31001-1665**
**Pasadena, CA 91110-1665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unsecured**

Last 4 digits of account number  **6667**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,038.00** |
|---|---|---|---|

**Asure**
**3631 S. Harbor Blvd.**
**Suite 100**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unsecured**

Last 4 digits of account number  **2201**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,739.00** |
|---|---|---|---|

**AT&T Business**
**555 E. Cook St.**
**Springfield, IL 62703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unsecured**

Last 4 digits of account number  **4311**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,200.00** |
|---|---|---|---|

**Ben, Brian, & Angie Patao**
**3220 Los Feliz Blvd.**
**Los Angeles, CA 90039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unsecured**

Last 4 digits of account number  **A Runners Circle**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** |
|---|---|---|---|

**BodyGlide**
**1600 124th Ave. NE #G**
**Bellevue, WA 98005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unsecured**

Last 4 digits of account number  **ARUNCIR**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Runner's Circle, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,352.00** |
|---|---|---|---|

**Brooks Sports**
PO Box 94353
Seattle, WA 98124-6653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **7880**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$806.00** |
|---|---|---|---|

**Cadence Insoles**
110 S. Mary Ave.
Suite 2-145
Nipomo, CA 93444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **4089**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,018.00** |
|---|---|---|---|

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **8264**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,535.00** |
|---|---|---|---|

**CFG Merchant Solutions**
180 Maiden Lane
15th Floor
New York, NY 10038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **Runners Circle Inc**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208.00** |
|---|---|---|---|

**Clif Bar & Co.**
PO Box 742065
Los Angeles, CA 90074-2065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **2592**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,908.00** |
|---|---|---|---|

**Competitive Cap Solutions**
90 Broad St.
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **Runners Circle Inc**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,130.00** |
|---|---|---|---|

**Dell Financial Services**
PO Box 81577
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **1594**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Runner's Circle, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$253.00**

**Farmers Insurance Group**
**PO Box 2847**
**Grand Rapids, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

**Basis for the claim:  Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$851.00**

**First Data Global Leasing**
**PO Box 173845**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8800**

**Basis for the claim:  Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,495.00**

**Flagship Brands / Feetures!**
**PO Box 790379**
**Saint Louis, MO 63179-0379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **A Runners Circle**

**Basis for the claim:  Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,328.00**

**LADWP**
**PO Box 30808**
**Los Angeles, CA 90030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0000**

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.00**

**LADWP**
**PO Box 30808**
**Los Angeles, CA 90030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0000**

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,250.00**

**Los Feliz Center**
**3220 Los Feliz Blvd.**
**Los Angeles, CA 90039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **A Runners Circle**

**Basis for the claim:  Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,560.00**

**Mizuno USA**
**PO Box 31001-1514**
**Pasadena, CA 91110-1514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3526**

**Basis for the claim:  Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Runner's Circle, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Nestle USA**
**PO Box 3637**
**Boston, MA 00241-3637**

Date(s) debt was incurred _

Last 4 digits of account number **2731**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$653.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**New Balance Athletics**
**PO Box 415206**
**Boston, MA 02241-5206**

Date(s) debt was incurred _

Last 4 digits of account number **1007**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,848.00**

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Olliix**
**550 Northport Parkway**
**Savannah, GA 31407**

Date(s) debt was incurred _

Last 4 digits of account number  **A Runners Circle**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$366.00**

---

**3.32**

**Nonpriority creditor's name and mailing address**
**On Inc.**
**1250 NW 9th**
**5th Floor**
**Portland, OR 97209**

Date(s) debt was incurred _

Last 4 digits of account number **5326**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.33**

**Nonpriority creditor's name and mailing address**
**OPTP**
**3800 Annapolis Lane N.**
**Suite 165**
**Minneapolis, MN 55447**

Date(s) debt was incurred _

Last 4 digits of account number **0463**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$338.00**

---

**3.34**

**Nonpriority creditor's name and mailing address**
**Outside Interactives Inc.**
**PO Box 2211**
**Williston, VT 05495-2211**

Date(s) debt was incurred _

Last 4 digits of account number **9501**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$117.00**

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Payment Depot/TSYS**
**618 South St.**
**Suite 510**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number **5856**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,091.00**

---

| Debtor | Runner's Circle, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address
**Pro-Tec Athletics**
**18080 NE 68th St.**
**#A-150**
**Redmond, WA 98052**

Date(s) debt was incurred _

Last 4 digits of account
number  **run-A Runner's Circle**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$663.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**QFS Capital**
**16192 Coastal Hwy**
**Lewes, DE 19958**

Date(s) debt was incurred _

Last 4 digits of account number  **2901**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ☐ No ☐ Yes

**$79,778.00**

---

**3.38** | Nonpriority creditor's name and mailing address
**Renee C.**
**5500 Bandini Blvd.**
**Bell Gardens, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number  **A Runners Circle**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ☐ No ☐ Yes

**$187.00**

---

**3.39** | Nonpriority creditor's name and mailing address
**Spectrum Business**
**PO Box 60074**
**City of Industry, CA 91716-0074**

Date(s) debt was incurred _

Last 4 digits of account number  **8050**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$311.00**

---

**3.40** | Nonpriority creditor's name and mailing address
**Spectrum Enterprise**
**1900 Blue Crest Lane**
**San Antonio, TX 78247**

Date(s) debt was incurred _

Last 4 digits of account number  **5001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$19,023.00**

---

**3.41** | Nonpriority creditor's name and mailing address
**Stable Step LLC/Powerstep**
**961 Seville Rd.**
**Wadsworth, OH 44281**

Date(s) debt was incurred _

Last 4 digits of account number  **4908**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$574.00**

---

**3.42** | Nonpriority creditor's name and mailing address
**Staples Business**
**PO Box 790449**
**Saint Louis, MO 63179-0449**

Date(s) debt was incurred _

Last 4 digits of account number  **6760**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$3,276.00**

---

| Debtor | **Runner's Circle, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,063.00** |
|---|---|---|---|

**Storage, Etc.**
**2870 Los Feliz Place**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **0152**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,020.00** |
|---|---|---|---|

**Superfeet Worldwide**
**1820 Scout Place**
**Ferndale, WA 98248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **1222**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$360.00** |
|---|---|---|---|

**Tifosi Optics**
**1011 Industrial Blvd.**
**Watkinsville, GA 30677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **8971**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$716.00** |
|---|---|---|---|

**Uline Finance Department**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **6762**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,026.00** |
|---|---|---|---|

**United Sports Brands**
**11488 Slater Ave.**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **N001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,160.00** |
|---|---|---|---|

**US Bank**
**Attn: Bankruptcy**
**PO Box 5229**
**Cincinnati, OH 45201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **2220**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,500.00** |
|---|---|---|---|

**US Small Business Administration**
**14925 Kingsport Rd.**
**Fort Worth, TX 76155-2243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SBA Loan**

Last 4 digits of account number  **9104**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Runner's Circle, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$834.00** |
| --- | --- | --- | --- |

**Waco Shoe Company**
**6301 Imperial Dr.**
**Woodway, TX 76712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0246**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$888.00** |
| --- | --- | --- | --- |

**Wells Fargo**
**PO Box 5058**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4979**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$839.00** |
| --- | --- | --- | --- |

**Wells Fargo**
**PO Box 5058**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1567**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,279.00** |
| --- | --- | --- | --- |

**Wells Fargo**
**PO Box 29428**
**Phoenix, AZ 85038-8650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5526**

Basis for the claim:  **Line of Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,547.00** |
| --- | --- | --- | --- |

**Wells Fargo Merchant Services**
**1600 Terrell Mill Rd. SE**
**Suite 400**
**Marietta, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3993**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00** |
| --- | --- | --- | --- |

**Yelp**
**350 Mission St.**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **A Runners Circle**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Commercial Collection Solutions**<br>**PO Box 4156**<br>**Seal Beach, CA 90740** | Line  **3.10**<br><br>☐ Not listed. Explain ____ | **6667** |

| Debtor | **Runner's Circle, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.2** **L/O of Stuart A. Katz, PC** **940 South Coast Dr.** **Suite 203** **Costa Mesa, CA 92626** | Line __3.37__  ☐ Not listed. Explain ____ | __1842__ |
| **4.3** **Superior Court of CA - Los Angeles** **Central District** **111 N. Hill St.** **Los Angeles, CA 90012** | Line __3.37__  ☐ Not listed. Explain ____ | __1842__ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 251,092.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 508,045.00 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 759,137.00 |

**Fill in this information to identify the case:**

Debtor name    **Runner's Circle, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Commerical Lease - Expires 12/2024** | |
| State the term remaining    **24 Months** | |
| List the contract number of any government contract _____ | **Ben Patao, Brian Patao, Angie Ferolino**<br>**3220 Los Feliz Blvd.**<br>**Los Angeles, CA 90039** |

**Fill in this information to identify the case:**

Debtor name     **Runner's Circle, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Jose H. Matias, Jr.** | **3216 Los Feliz Blvd. Los Angeles, CA 90039** | **CA Department of Tax & Fee Admin** | ☐ D _____<br>■ E/F ___2.1___<br>☐ G _____ |
| 2.2  **Jose H. Matias, Jr.** | **3216 Los Feliz Blvd. Los Angeles, CA 90039** | **American Express** | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.3  **Jose H. Matias, Jr.** | **3216 Los Feliz Blvd. Los Angeles, CA 90039** | **APP Funding LLC** | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.4  **Jose H. Matias, Jr.** | **3216 Los Feliz Blvd. Los Angeles, CA 90039** | **Ben, Brian, & Angie Patao** | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.5  **Jose H. Matias, Jr.** | **3216 Los Feliz Blvd. Los Angeles, CA 90039** | **CFG Merchant Solutions** | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |

| Debtor | **Runner's Circle, Inc.** | | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Jose H. Matias, Jr. | 3216 Los Feliz Blvd. Los Angeles, CA 90039 | Competitive Cap Solutions | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.7 | Jose H. Matias, Jr. | 3216 Los Feliz Blvd. Los Angeles, CA 90039 | Los Feliz Center | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.8 | Jose H. Matias, Jr. | 3216 Los Feliz Blvd. Los Angeles, CA 90039 | QFS Capital | ☐ D _____ ■ E/F __3.37__ ☐ G _____ |
| 2.9 | Jose H. Matias, Jr. | 3216 Los Feliz Blvd. Los Angeles, CA 90039 | US Small Business Administration | ☐ D _____ ■ E/F __3.49__ ☐ G _____ |
| 2.10 | Jose H. Matias, Jr. | 3216 Los Feliz Blvd. Los Angeles, CA 90039 | Capital One | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Runner's Circle, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$801,795.40** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$1,217,607.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Runner's Circle, Inc. | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | QFS Capital, LLC v. Runner's Circle, Inc. 23STCV01842 | Contract | Superior Court of CA - Los Angeles Central District 111 N. Hill St. Los Angeles, CA 90012 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | Runner's Circle, Inc. | | Case number *(if known)* | |

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | MacLean Chung Law Firm<br>800 S. Victory Blvd.<br>Suite 101<br>Burbank, CA 91502 | Attorney Fees | 12/05/2022 | $1,662.00 |
| | Email or website address<br>david@macleanchung.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
   List any payments or transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7:  Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☑ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

## Part 8:  Health Care Bankruptcies

Debtor   **Runner's Circle, Inc.**                                  Case number *(if known)* _____

---

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

   | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
   | --- | --- | --- |
   | | | |

   | Part 9: | Personally Identifiable Information |
   | --- | --- |

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

   | Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
   | --- | --- |

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

   | | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
   | --- | --- | --- | --- | --- | --- |
   | 18.1. | **Open Bank**<br>**550 S. Western Ave.**<br>**Los Angeles, CA 90020** | **XXXX-5032** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/22/2023** | **$0.00** |
   | 18.2. | **Wells Fargo**<br>**PO Box 6995**<br>**Portland, OR 97228** | **XXXX-4836** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/16/2022** | **$0.00** |
   | 18.3. | **Wells Fargo**<br>**PO Box 6995**<br>**Portland, OR 97228** | **XXXX-1567** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **01/11/2023** | **$0.00** |

Debtor    **Runner's Circle, Inc.**                                   Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.4. | **Wells Fargo**<br>**PO Box 6995**<br>**Portland, OR 97228** | **XXXX-4979** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **01/20/2023** | **$0.00** |
| 18.5. | **Wells Fargo**<br>**PO Box 6995**<br>**Portland, OR 97228** | **XXXX-2628** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **03/08/2023** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Storage, Etc.**<br>**2870 Los Feliz Blvd.**<br>**Los Angeles, CA 90039** | **Jose H. Matias** | **Documents, Invoices, Paperwork, Display Cases, Fixtures, Shelves, Shoes & Apparel** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Debtor  **Runner's Circle, Inc.** _____    Case number *(if known)* _____

---

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

- ☑ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

- ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Leslie Matias**<br>**3800 Country Club Dr.**<br>**Los Angeles, CA 90019** | **2017 - Present** |
| 26a.2.  **Eddie Rodriguez**<br>**15120 Atkinson Ave.**<br>**Gardena, CA 90249** | **2007 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

- ☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor   **Runner's Circle, Inc.** _____   Case number *(if known)* _____

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Leslie Matias** | **12/10/2022** | **$3,797.90** |

| Name and address of the person who has possession of inventory records |
|---|
| **Leslie Matias**<br>**3800 Country Club Dr. #18**<br>**Los Angeles, CA 90019** |

| | Name | Date of inventory | Dollar amount |
|---|---|---|---|
| 27.2. | **Leslie Matias** | **01/01/2022** | **$112,686.00** |

| Name and address of the person who has possession of inventory records |
|---|
| **Leslie Matias**<br>**3800 Country Club Dr. #18**<br>**Los Angeles, CA 90019** |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jose H. Matias** | **3800 Country Club Dr. #18<br>Los Angeles, CA 90019** | **President & CEO** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    Runner's Circle, Inc. _____    Case number (if known) _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Jose H. Matias<br>3800 Country Club Dr. #18<br>Los Angeles, CA 90019 | $14,296.84 | 12/30/2021 -<br>11/09/2022 | Salary |
| | Relationship to debtor<br>President | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent
                                                        corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the pension fund                                Employer Identification number of the pension
                                                        fund

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3 . 14 . 2023

_____              Jose H. Matias Jr.
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Runner's Circle, Inc.**
_____    Case No. _____
                                    Debtor(s)        Chapter        **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **1,662.00** |
    | Prior to the filing of this statement I have received | $ | **1,662.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3/14/2023
_____
_Date_

_____
David H Chung
_Signature of Attorney_
**MacLean Chung Law Firm**
**800 S. Victory Blvd.**
**Suite 101**
**Burbank, CA 91502**
**818-305-6200  Fax: 818-394-6029**
**david@macleanchung.com**
_Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David H Chung**<br>**800 S. Victory Blvd.**<br>**Suite 101**<br>**Burbank, CA 91502**<br>**818-305-6200 Fax: 818-394-6029**<br>California State Bar Number: 246699 CA<br>david@macleanchung.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Runner's Circle, Inc.**

CASE NO.:

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _3 / 14 / 23_

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _3 / 14 / 23_

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*  **F 1007-1.MAILING.LIST.VERIFICATION**

Runner's Circle, Inc.
PO Box 36754
Los Angeles, CA 90036


David H Chung
MacLean Chung Law Firm
800 S. Victory Blvd.
Suite 101
Burbank, CA 91502


923 by Design
510 Oxford State Rd.
Suite B
Middletown, OH 45044


Active Life Solutions
23 Strickler Ave.
Waynesboro, PA 17268


ADT System
PO Box 371878
Pittsburgh, PA 15250-7878


Aetrex
PO Box 51008
Newark, NJ 07101-5108


American Express
PO Box 96001
Los Angeles, CA 90096-8000


Amphipod, Inc.
1434 Elliott Ave. W.
Seattle, WA 98119

APP Funding LLC
85 Broad St.
17th Floor
New York, NY 10004


ASICS America Corporation
PO Box 31001-1665
Pasadena, CA 91110-1665


Asure
3631 S. Harbor Blvd.
Suite 100
Santa Ana, CA 92704


AT&T Business
555 E. Cook St.
Springfield, IL 62703


Ben Patao, Brian Patao, Angie Ferolino
3220 Los Feliz Blvd.
Los Angeles, CA 90039


Ben, Brian, & Angie Patao
3220 Los Feliz Blvd.
Los Angeles, CA 90039


BodyGlide
1600 124th Ave. NE #G
Bellevue, WA 98005


Brooks Sports
PO Box 94353
Seattle, WA 98124-6653

CA Department of Tax & Fee Admin
PO Box 942879
Sacramento, CA 94279

Cadence Insoles
110 S. Mary Ave.
Suite 2-145
Nipomo, CA 93444

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

CFG Merchant Solutions
180 Maiden Lane
15th Floor
New York, NY 10038

Clif Bar & Co.
PO Box 742065
Los Angeles, CA 90074-2065

Commercial Collection Solutions
PO Box 4156
Seal Beach, CA 90740

Competitive Cap Solutions
90 Broad St.
New York, NY 10004

Dell Financial Services
PO Box 81577
Carol Stream, IL 60197

Farmers Insurance Group
PO Box 2847
Grand Rapids, MI 49501


First Data Global Leasing
PO Box 173845
Denver, CO 80217


Flagship Brands / Feetures!
PO Box 790379
Saint Louis, MO 63179-0379


Jose H. Matias, Jr.
3216 Los Feliz Blvd.
Los Angeles, CA 90039


L/O of Stuart A. Katz, PC
940 South Coast Dr.
Suite 203
Costa Mesa, CA 92626


LADWP
PO Box 30808
Los Angeles, CA 90030


Los Angeles County Treasurer
PO Box 512399
Los Angeles, CA 90051-0399


Los Feliz Center
3220 Los Feliz Blvd.
Los Angeles, CA 90039

Mizuno USA
PO Box 31001-1514
Pasadena, CA 91110-1514


Nestle USA
PO Box 3637
Boston, MA 00241-3637


New Balance Athletics
PO Box 415206
Boston, MA 02241-5206


Olliix
550 Northport Parkway
Savannah, GA 31407


On Inc.
1250 NW 9th
5th Floor
Portland, OR 97209


OPTP
3800 Annapolis Lane N.
Suite 165
Minneapolis, MN 55447


Outside Interactives Inc.
PO Box 2211
Williston, VT 05495-2211


Payment Depot/TSYS
618 South St.
Suite 510
Orlando, FL 32801

Pro-Tec Athletics
18080 NE 68th St.
#A-150
Redmond, WA 98052


QFS Capital
16192 Coastal Hwy
Lewes, DE 19958


Renee C.
5500 Bandini Blvd.
Bell Gardens, CA 90201


Spectrum Business
PO Box 60074
City of Industry, CA 91716-0074


Spectrum Enterprise
1900 Blue Crest Lane
San Antonio, TX 78247


Stable Step LLC/Powerstep
961 Seville Rd.
Wadsworth, OH 44281


Staples Business
PO Box 790449
Saint Louis, MO 63179-0449


Storage, Etc.
2870 Los Feliz Place
Los Angeles, CA 90038

Superfeet Worldwide
1820 Scout Place
Ferndale, WA 98248


Superior Court of CA - Los Angeles
Central District
111 N. Hill St.
Los Angeles, CA 90012


Tifosi Optics
1011 Industrial Blvd.
Watkinsville, GA 30677


Uline Finance Department
PO Box 88741
Chicago, IL 60680-1741


United Sports Brands
11488 Slater Ave.
Fountain Valley, CA 92708


US Bank
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201


US Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155-2243


Waco Shoe Company
6301 Imperial Dr.
Woodway, TX 76712

Wells Fargo
PO Box 5058
Portland, OR 97208


Wells Fargo
PO Box 29428
Phoenix, AZ 85038-8650


Wells Fargo Merchant Services
1600 Terrell Mill Rd. SE
Suite 400
Marietta, GA 30067


Yelp
350 Mission St.
San Francisco, CA 94105

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David H Chung**<br>**800 S. Victory Blvd.**<br>**Suite 101**<br>**Burbank, CA 91502**<br>**818-305-6200 Fax: 818-394-6029**<br>California State Bar Number: **246699 CA**<br>david@macleanchung.com<br><br><br>■ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>        **Runner's Circle, Inc.**<br><br>                              Debtor(s),<br><br>                              Plaintiff(s),<br><br><br><br><br>                              Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **7**<br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    David H Chung                                                    , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date    3/14/2023

By: _____
Signature of Debtor, or attorney for Debtor

Name:    **David H Chung**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                             F 1007-4.CORP.OWNERSHIP.STMT